UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DORA CISNEROS, | § |
| Petitioner, | § |
| | § |
| v. | § CIVIL ACTION NO. B-02-191 |
| | § |
| UNITED STATES OF AMERICA | § |
| Respondent. | § |

## ORDER

Respondent, United States of America, is hereby ordered to respond to Petitioner's 28 U.S.C. §2255 motion within 60 days of this order.

DONE this 4th day of October, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge