IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

DEC 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | CRIMINAL NO. B-98-124 |
| | § | |
| DORA CISNEROS | § | |
| Petitioner. | § | |
| (C.A. B-02-191) | | |

MOTION FOR LEAVE TO EXTEND TIME TO FILE RESPONSE

The United States of America, hereinafter "the government", files this motion for leave to extend time to file its response in the above-styled and numbered action. In support thereof the government respectfully shows the court the following:

I.

The government's response is due December 3, 2002. Since this court's order was entered on October 4, 2002, the Assistant United States Attorney responsible for preparing the government's response has prepared and filed responses in the following cases: *United States v. Alvarado-Castillo*, C-02-374; *United States v. Ferrer*, C-02-261; *United States v. Oveal,* Case No. 02-20168; *United States v. Estrada*, C-02-398; *United States v. Lopez-Ramirez*, M-99-155; *United States v. Gomez-Elvir,* Case No. 02-20916; *United States v. Love,* Case No. 02-20916; *United States v. Milla-Rodriguez*, 02-40111; *United States v. Solis*, C-02-422; *United States v. Alvarez*, C-02-430; and *United States v. Gillis*, H-02-3519 . In addition to preparing these responses, counsel underwent surgery on October 29, 2002, keeping him out of work until November 4, 2002.

Cisneros's motion is over 190 pages long. To adequately respond to Cisneros's ten grounds for relief, the government will have to review an extensive pre-sentence investigation report and

record. The time lost due to counsel's surgery as well as counsel's efforts in the above-listed cases has prevented counsel from adequately performing that review. The government is confident that it can review the record and address the legal issues raised by Cisneros if afforded a 45-day extension of time, that is, if the court will grant the government leave to file its response by January 17, 2003. Cisneros's counsel, Mr. David Botsford, has been consulted with respect to this motion and has graciously declared that he would not object to a reasonable extension of time.

The government seeks this extension to see that justice is done and not for purposes of delay. Accordingly, the government prays that this court enter an order granting it a forty-five-day extension of time until January 17, 2003, to file its response to Cisneros's motion for § 2255 relief.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
JAMES L. TURNER
Assistant United States Attorney
P.O. Box 61129
Houston, Texas 77208
State bar No. 20316950
Fed.Id.No. 1406
(713) 567-9102

## CERTIFICATE OF SERVICE

I, James L. Turner, do hereby certify that a copy of the foregoing Motion For Leave to Extend Time to File Response has been mailed on this the 3 day of December, 2002, via certified mail, return receipt requested to

Mr. David L. Botsford
1307 West Avenue
Austin, Texas 78701

_____
JAMES L. TURNER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Respondent,<br><br>vs.<br><br>DORA CISNEROS.<br>　　Petitioner.<br>(C.A. B-02-191) | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.R. NO. B-98-124 |

## ORDER

It is hereby ORDERED that government's motion for leave to extend time to file response is granted.

SIGNED this _____ day of _____ 2002.


_____
UNITED STATES DISTRICT JUDGE