IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Respondent, | § | |
| | § | |
| vs. | § | C.R. NO. B-98-124 |
| | § | |
| DORA CISNEROS. | § | |
| Petitioner. | § | |
| (C.A. B-02-191) | § | |

ORDER

It is hereby ORDERED that government's motion for leave to extend time to file response is granted.

SIGNED this 17th day of January 2002.

_____
UNITED STATES DISTRICT JUDGE