IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | Criminal No. B-98-124-01 |
| | § | (Civil No. B-02-191) |
| DORA CISNEROS | § | |

## ORDER

Came on for consideration Cisneros' "Unopposed Motion For Extension Of Time To File Reply To 'Respondent's Answer To Section 2255 Motion, And Motion To Dismiss', And Brief In Support", and the Court, finding that the motion is unopposed, hereby GRANTS said motion.

Accordingly, the Movant Dora Cisneros is hereby authorized to file a responsive pleading to the Government's Answer to Section 2255 Motion, And Motion To Dismiss on or before March 25, 2003.

Signed the 6th day of February, 2003.

UNITED STATES DISTRICT JUDGE