159

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Respondent, | § | |
| | § | |
| V. | § | CR. NO. B-98-124 |
| | § | B-02cv191 |
| DORA GARCIA CISNEROS | § | |
| Petitioner. | § | |
| (C.A. NO. B-02-191) | § | |

# ORDER

In accordance with General Order 2004-2, the above-styled case was transferred to the undersigned following the untimely death of Senior Judge Filemon Vela. The court is uncertain what motions, if any, are before this court and are ripe for rulings.

Therefore, each party shall file with the court by September 3, 2004, a letter listing any and all motions, issues and/or pleadings which need the court's attention. If no such letters are received or if all letters indicate no pending matters, the court intends to close this file. If either side wishes to reply to the letter filed by its opposition, they may do so by letter if filed by September 17, 2004.

Signed this the 19th day of August, 2004.

Andrew S. Hanen
United States District Judge