IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. B-98-124 |
| DORA GARCIA CISNEROS | § | |

---

| | | |
|---|---|---|
| DORA CISNEROS | § § | |
| V. | § § | CIVIL ACTION NO. B-02-191 |
| UNITED STATES OF AMERICA | § § | |

# ORDER

The court Orders that this case be referred to the Magistrate Judge John William Black for all pending matters.

SIGNED AND ENTERED this 2nd day of September, 2004.

Andrew S. Hanen
United States District Judge