IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Civil Action No. B-02-191 |
| V. | § | (Criminal No. B-98-124-01) |
| | § | |
| DORA CISNEROS | § | |

## ORDER

Before the Court is Dora Cisneros' Objections To The Magistrate Judge's Denial Of Her Motion For Discovery, And Motion For Reconsideration, Or, In The Alternative, Motion For Interlocutory Appeal And Stay Of Proceedings Pending Appeal.

The Court has considered the matter and believes that discovery is necessary and appropriate under the particular facts of this case. Accordingly, Cisneros' "objections" to the United States Magistrate Judge's Order of May 16, 2005, are hereby sustained and the matter is referred back to the United States Magistrate Judge with the directive to allow Cisneros to engage in the discovery requested in her motion, under appropriate guidance and supervision of the United States Magistrate Judge.

Signed this ___ day of _____, 2005.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE