IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 09 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Respondent, | §<br>§<br>§ | |
| V. | §<br>§ | C.A. NO. B-02-191<br>(CR. NO. B-98-124-01) |
| DORA GARCIA CISNEROS<br>Petitioner. | §<br>§<br>§ | |

# ORDER

Before the court is Dora Garcia Cisneros' Objections to the Magistrate Judge's Denial of her Motion for Discovery, and Motion for Reconsideration, or, In the Alternative, Motion for Interlocutory Appeal and Stay of Proceedings Pending Appeal.

The court has considered the matter and believes that the objections are without merit and that the requested discovery is inappropriate under the particular facts of this case. Accordingly, Cisneros' "objections" to the United States Magistrate Judge's Order of May 16, 2005, are hereby overruled. The matter is referred back to the United States Magistrate Judge with the directive to continue the consideration of the § 2255 motion which has yet to be addressed.

Signed this the 9th day of September, 2005.

_____
Andrew S. Hanen
United States District Judge