United States District Court
Southern District of Texas
FILED

NOV 0 1 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DORA CISNEROS, | § | |
| PETITIONER | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-191 |
| | § | CRIMINAL ACTION NO. B-98-124 |
| UNITED STATES OF AMERICA, | § | |
| RESPONDENT | § | |

**EMERGENCY MOTION FOR EXTENSION OF TIME TO FILE
PETITIONER'S OBJECTIONS TO THE
"MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION"**

**TO THE HONORABLE ANDREW S. HANEN, UNITED STATES DISTRICT JUDGE:**

Comes now Petitioner, DORA CISNEROS, by and through her counsel of record, David L. Botsford and Tony Canales, and pursuant to Rule 6, Federal Rules of Civil Procedure, presents her Emergency Motion For Extension Of Time To File Petitioner's Objections To The "Magistrate Judge's Report And Recommendation," and would respectfully show this Honorable Court the following:

I.

On October 20, 2005, United States Magistrate Judge Black signed his "Magistrate Judge's Report And Recommendation" in this case. This document was mailed to Mr. Botsford on October 20, 2005, but not postmarked until October 21, 2005. *See* **Exhibit 1** (envelope with postmark and first page of insert, a portion of which was actually reflected in the "window" of the envelope). This document was received in Mr. Botsford's office on October 24, 2005. However, Mr. Botsford was out of the country from October 22 until October 29, 2005, and did not actually receive the report until Monday, October 31, 2005.

Objections are due within ten days under 28 U.S.C. § 636. Under Rule 6, Federal Rules of Civil Procedure, the ten day period of time excludes intermediate Saturdays, Sundays and

holidays. Thus, the deadline for filing objections would have begun on October 24, 2005, when the document was received at Mr. Botsford's office, and would expire (if three additional days are added to the ten day period of time, as apparently is the case under Rule 6(c), Federal Rules of Civil Procedure) on Monday, November 7, 2005.

In order to ensure Petitioner's rights to *de novo* review, this motion is respectfully submitted seeking an extension of the deadline to file Petitioner's objections until no later than **November 30, 2005**. The reasons for the requested extension are set forth below.

The "Magistrate Judge's Report and Recommendation" is 48 pages. Mr. Botsford is responsible for the preparation of the objections and therefore, Mr. Canales' time constraints are not included herein. Mr. Botsford has not even had an adequate opportunity to study the document. Additionally, this case has been pending for over three years and Mr. Botsford needs to thoroughly review the file (and the voluminous 2255 motion) before objections can be intelligently formulated. Additionally, Mr. Botsford has extensive commitments in the next two weeks, which will impair and impede his ability "block" sufficient time to diligently prepare objections until the week of November 21, 2005.[1] The Government and the Court should not be prejudiced by the requested extension and in fact on October 31, 2005, counsel for the Government, Mr. James Turner, authorized Mr. Botsford to represent to the Court that the Government is not opposed to the requested extension.

---

[1] These commitments include court appearances on November 1; preparation of materials for a meeting with United States Probation on November 2, 2005, traveling to Houston on November 3 for a speech on November 4, state court hearings on November 7, 9 and 14, and preparing for an evidentiary hearing in United States District Court in Miami, Florida on November 18, 2005.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully prays that this Honorable Court grant the relief requested herein and extend the deadline for filing objections to the "Magistrate Judge's Report And Recommendation" until November 30, 2005.

Respectfully submitted,

_____
DAVID L. BOTSFORD
State Bar No. 02687950
Law Office of David L. Botsford
1307 West Ave.
Austin, Texas 78701
512-479-8030 (phone)
512-479-8040 (fax)

A. J. "TONY" CANALES
State Bar No. 03737000
P.O. Box 5624
Corpus Christi, Texas 78465-5624
361-883-0601 (phone)
361-884-7023 (fax)

## CERTIFICATE OF SERVICE

I, David L. Botsford, do hereby certify that true and correct copies of the above and foregoing document have been served by placing the same in the United States mail, postage prepaid, on this the 31st day of October 20005, addressed to Mr. James L. Turner, Assistant United States Attorney, P.O. Box 61129, Houston, Texas, 77208-1129.

_____
DAVID L. BOTSFORD