IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DORA CISNEROS | § | |
| | § | Civil Action No. B-02-191 |
| V. | § | (Criminal No. B-98-124-01) |
| | § | |
| UNITED STATES OF AMERICA | § | |

## ORDER

Before the Court is Dora Cisneros' Emergency Motion For Extension Of Time To File Petitioner's Objections To The "Magistrate Judge's Report And Recommendation." The Court has considered the matter and believes that an extension of time to file objections until November 30, 2005, is appropriate. It is therefore ORDERED that the deadline for Cisneros to file objections to the "Magistrate Judge's Report And Recommendation." is hereby extended until November 30, 2005.

Signed this ___ day of November, 2005.

                                                                             _____
                                                                             ANDREW S. HANEN
                                                                             UNITED STATES DISTRICT JUDGE
                                                                             Respectfully submitted,