United States District Court
Southern District of Texas
FILED

NOV 21 2006

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DORA CISNEROS,<br>    Petitioner, | § § § | |
| V. | § § | Criminal No. B-98-124-01<br>Civil Action No. B-02-191 |
| UNITED STATES OF AMERICA,<br>    Respondent. | § § § | |

## CISNEROS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Petitioner, DORA CISNEROS, by and through her counsel of record, David L. Botsford and Tony Canales, and pursuant to Rule 4(a)(1)(B), Federal Rules of Appellate Procedure, timely[1] presents this her notice of appeal, and hereby evidences her intention to appeal to the United States Court of Appeals for the Fifth Circuit all adverse rulings of the District Court, including but not limited to the Orders and/or Recommendations reflected in Document #13, Document #17, Document #18, and Document #22 on the docket in this case.

The appellate fee of $455.00 has been sent to the Clerk of this Court for filing along with this notice of appeal and an Application For Certificate of Appealability will be filed in this case with the District Clerk in the near future.

Respectfully Submitted,

_____
DAVID L. BOTSFORD
State Bar No. 02687950
Law Office of David L. Botsford
1307 West Ave.
Austin, Texas 78701
512-479-8030 (phone)

---

[1] Under Rule 4(a)(1)(B), notice of appeal is due within sixty days of the September 28, 2006, entry of Document #22 on the docket. Thus, this notice of appeal is timely.

512-479-8040 (fax)

A. J. "TONY" CANALES
State Bar No. 03737000
P.O. Box 5624
Corpus Christi, Texas 78465-5624
361-883-0601 (phone)
361-884-7023 (fax)

## CERTIFICATE OF SERVICE

I, David L. Botsford, do hereby certify that true and correct copies of the above and foregoing document have been served by placing the same in the United States mail, postage prepaid, on this the 20th day of November 2006, addressed to Mr. James L. Turner, Assistant United States Attorney, P.O. Box 61129, Houston, Texas, 77208-1129.

_____
DAVID L. BOTSFORD