IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

U.S. COURT OF APPEALS
RECEIVED
NOV 2 7 2006
NEW ORLEANS, LA.

| | | |
|---|---|---|
| Dora Cisneros | § | |
| | § | |
| | § | CASE NUMBER: B02CV191 |
| v. | | B98CR124-01 |
| | § | District Judge: Andrew S. Hanen |
| | § | Court Reporter(s): N/A |
| United States of America | § | |

06-41686

## NOTICE TO THE CIRCUIT OF AN APPEAL

In connection with this appeal, a copy of the notice of appeal, the order being appealed and the docket sheet are attached. Please acknowledge receipt on the enclosed copy of this notice.

In regard to this appeal:

- The Court of Appeal $455.00 filing and docketing fees have been paid or a motion for in forma pauperis has been granted.

- This case was decided without a hearing – no transcripts.

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
FILED

DEC 1 5 2006

Michael N. Milby
Clerk of Court