# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006.** All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

February 01, 2007

Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
600 E Harrison Street
Brownsville, TX 78520-7114

United States District Court
Southern District of Texas
FILED

FEB 0 9 2007

Michael N. Milby
Clerk of Court

No. 06-41686 USA v. Cisneros
-----------------
USDC# 1:02-CV-191
Honorable Andrew S Hanen

Dear Mr Milby:

Our records reflect that there is an action pending for more than 45 days in the above referenced case before the named judge. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance in bringing this information to the judge's attention.

If our records are in error, or if the judge has disposed of the matter, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

CHARLES R. FULBRUGE III, CLERK

By _____
David E. Young
Chief Deputy Clerk
504.310.7656
David_E_Young@ca5.uscourts.gov