# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

May 01, 2007

Honorable Andrew S Hanen
Southern District of Texas, Brownsville
United States District Court
Suite 3158
600 E Harrison Street
Brownsville, TX 78520-7114

United States District Court
Southern District of Texas
FILED

MAY - 9 2007

Michael N. Milby
Clerk of Court

```
       No. 06-41686 USA v. Cisneros
       ----------------
       USDC# 1:02-CV-191
```

Dear Judge Hanen:

Our records reflect that there is an action pending for more than 75 days in the above referenced case. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance, and request a status update.

If our records are in error, or if you have disposed of the matter in any fashion, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

CHARLES R. FULBRUGE III, CLERK

By _____
                David E. Young
             Chief Deputy Clerk
                504.310.7656
          David_E_Young@ca5.uscourts.gov

cc: Michael N Milby, Clerk

----------------------------------

Mr Michael N Milby, clk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX  78520-7114