# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

June 01, 2007

United States District Court
Southern District of Texas
FILED
JUN 1 1 2007
Michael N. Milby
Clerk of Court

Honorable Andrew S Hanen
Southern District of Texas, Brownsville
United States District Court
Suite 3158
600 E Harrison Street
Brownsville, TX 78520-7114

No. 06-41686 USA v. Cisneros
-----------------
USDC# 1:02-CV-191

Dear Judge Hanen:

Our records reflect that there is an action pending for more than 75 days in the above referenced case. We cannot process the appeal further until this matter is resolved. As such, we ask for your assistance, and request a status update.

If our records are in error, or if you have disposed of the matter in any fashion, please advise us at your earliest convenience.

Thank you in advance for your help in this regard.

CHARLES R. FULBRUGE III, CLERK

By  _____
     David E. Young
     Chief Deputy Clerk
     504.310.7656
     David_E_Young@ca5.uscourts.gov

cc: Michael N Milby, Clerk