# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

MICHAEL N. MILBY                                    600 E. HARRISON STREET - #101
CLERK                                               BROWNSVILLE, TEXAS 78521

June 22, 2006

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals, Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

In Re: Dora Cisneros
District Court Case No.: CA B 02-191
Circuit Court Case No: 06-40686

Dear Mr. Fulbruge:

Enclosed is a printed copy of the electronic record on appeal in the above referenced matter. This record contains  4  volume of the printed record on appeal.

- No hearings were held in this matter. OR
  Copies of transcript(s) are enclosed.

- No sealed documents exist in this case. OR
  Copies of sealed documents are enclosed.

- No state court records exist in this case. OR
  Copies of state court records are enclosed.

Copies do not need to be returned to our Clerk's office. Please properly dispose of all items when the appeal process in complete.

Very Truly Yours,

Michael N. Milby, Clerk


Gabriel Mendieta
Deputy Clerk