# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

United States District Court
Southern District of Texas
FILED

JUN 2 6 2007

Michael N. Milby
Clerk of Court

Paula C Offenhauser
Office of the US Attorney
919 Milam
Ste 1500
Houston TX 77002

Case: 1:02-cv-00191   Instrument: 32   (3 pages)   aty
Date: Jun 19, 2007
Control: 070621803
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

$00.410

MICHAEL N. MILBY, CLERK OF COURT

NIXIE          773  DE  1           00   06/22/07
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 77208101010         *1733-02688-19-37

77002/77208101010

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS