# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov
UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 0 2 2007

MICHAEL N. MILBY, CLERK OF COURT

Paula C Offenhauser
Office of the US Attorney
919 Milam
Ste 1500
Houston TX 77002

Case: 1:02-cv-00191   Instrument: 33   (1 pages)   aty
Date: Jun 22, 2007
Control: 070627403
Notice: The attached order has been entered.

## AUTHORIZATION TO SEND NOTICES BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (_____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (_____) _____

Mail to:   Attorney Admissions
           United States District Clerk
           P.O. Box 61010
           Houston, TX 77208

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
JUL - 2 2007
MICHAEL N. MILBY, CLERK OF COURT

77002%728@1010

NIXIE        773   DE   1        00   08/28/07
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 77208101010     *1833-19570-25-37



Hasler
Mailed From 77002
06/25/2007
$00.410
US POSTAGE