# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 28, 2008

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

      No. 06-41686 USA v. Cisneros
         USDC No. 1:92-CR-124-1
                  1:02-CV-191

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Record/original papers/exhibits are returned: 1 env.

The electronic copy of the record (14 vols.; 4 supp vols.) has been recycled.

                          Sincerely,

                          CHARLES R. FULBRUGE III, Clerk

                By: _____
                          Claudia Farrington, Deputy Clerk
                          504-310-7706

cc: w/encl:
    Honorable Andrew S Hanen
    Mr David L Botsford
    Mr James Lee Turner

MDT-1